IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONNIE C. JOHNSON, | ) | CASE NO. 1:12 CV 973 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| DR. NICOLE SALVO, | ) | |
| | ) | |
| Defendant. | ) | |

This Court, having contemporaneously filed its Memorandum of Opinion in this case, therefore ORDERS that this action is dismissed pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

Dated: _August 23, 2012_